# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. BOURGEOIS,<br><br>                              Plaintiff,<br>   v.<br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>                              Defendants. | CASE NO. 15cv1655-GPC(BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Defendants filed a motion to dismiss on August 20, 2015.  Accordingly, IT IS HEREBY ORDERED that any opposition shall be filed on or before **September 25, 2015.**  Any reply shall be filed on or before **October 2, 2015.**  A hearing is set on **October 16, 2015 at 1:30 p.m.** in Courtroom 2D.

IT IS SO ORDERED.

DATED: August 21, 2015

HON. GONZALO P. CURIEL
United States District Judge