Table of Contents

serviced by Ocwen. We also have longstanding relationships with commercial banks, insurance companies and mortgage bankers. Within the Mortgage Services segment, we provide the following services:

*Asset management* - Asset management services principally include property preservation, property inspection, real estate owned ("REO") asset management, the Hubzu ® and Owners.com ® consumer real estate portals and real estate brokerage services. We also provide property management, lease management and renovation management services for single family rental properties.

*Insurance services* - Insurance services include an array of insurance services including pre-foreclosure, REO and refinance title searches, title insurance agency services, settlement and escrow services and loss draft claims processing. Prior to the November 11, 2014 discontinuation, we provided insurance program management and insurance brokerage services for REO and lender placed insurance companies.

*Residential property valuation* - Residential property valuation services principally include traditional appraisal products through our licensed appraisal management company and alternative valuation products, some of which are through our network of real estate professionals. We generally provide these services for residential loan servicers, residential lenders and investors in single family homes.

*Default management services* - Default management services principally include foreclosure trustee services for loan servicers and non-legal processing and related services for and under the supervision of foreclosure, bankruptcy and eviction attorneys.

*Origination management services* - Origination management services principally include Mortgage Partnership of America, L.L.C. ("MPA") and our contract underwriting and quality control businesses. MPA serves as the manager of Best Partners Mortgage Cooperative, Inc., which is referred to as the Lenders One ® Mortgage Cooperative ("Lenders One"), a national alliance of independent mortgage bankers that provides its members with education and training along with revenue enhancing, cost reducing and market share expanding opportunities. We provide other origination related services in the residential property valuation business and insurance services businesses. In September 2014, we launched a new cooperative, Best Partners Mortgage Brokers Cooperative, Inc., which is referred to as the Wholesale One ™ Mortgage Cooperative ("Wholesale One"), for the wholesale mortgage industry. Wholesale One provides a platform for mortgage brokers, wholesale lenders and related vendors to provide quality loans to U.S. consumers nationwide. The new cooperative will assist mortgage brokers and other third party originators with tools to improve their businesses.

*Financial Services* : Provides collection and customer relationship management services primarily to debt originators and servicers (e.g., credit card, auto lending, retail credit and mortgage) and the utility, insurance and hotel industries. Within the Financial Services segment, we provide the following services:

*Asset recovery management* - Asset recovery management principally includes post-charge-off debt collection services on a contingency fee basis.

*Customer relationship management* - Customer relationship management principally includes customer care, technical support and early stage collections services as well as insurance call center services and administrative support.

*Technology Services* : Comprises our REALSuite ™ of software applications, Equator, LLC ("Equator") software applications, Mortgage Builder ® software applications and our information technology ("IT") infrastructure management services. We currently provide our IT infrastructure management services to Ocwen, Home Loan Servicing Solutions, Ltd. ("HLSS"), Altisource Residential Corporation ("Residential") and Altisource Asset Management Corporation ("AAMC"), through managed services agreements, and our other segments in a shared services model. Brief descriptions of the key REALSuite, Equator ® and Mortgage Builder software solutions are below:

The REALSuite platform provides a fully integrated set of software applications and technologies that manage the end-to-end lifecycle for residential and commercial mortgage loan servicing including the automated management and payment of a distributed network of vendors.

*REALServicing* ® - An enterprise residential mortgage loan servicing platform that offers an efficient and effective platform for loan servicing including default administration. This technology solution features automated workflows and robust reporting capabilities. The solution spans the loan servicing lifecycle from loan boarding to satisfaction

4

Exhibit C