# LAW OFFICES OF LES ZIEVE

Go to page

## Practice Areas

The Firm primarily represents financial institutions and mortgage loan servicers of all sizes. In that respect, our practice areas include foreclosure, litigation, bankruptcy, evictions, loss mitigation, loss prevention, title claims, and other aspects of creditor rights. We also provide reconveyance and assignment services. Additionally, the firm provides transactional and litigation services, and general legal counsel for various types of clients including sole proprietorships, midl

### – Bankruptcy and Creditor Rights

The Firm's attorneys have broad experience in all matters arising under the United States Bankruptcy Code and State laws governing real property secured transactions, including receivership actions. Our professionals are especially proficient in obtaining relief from the automatic stay, prosecuting non-dischargability actions, objecting to disclosure statements and plans of reorganization, and prosecuting and defending other adversary proceedings.

In bankruptcy cases, we assist secured creditors with other issues such as adequate protection, the use of cash collateral, challenges to the perfection and priority of liens, asset sales involving collateral, and the restructuring of secured claims under plans of reorganization.

### – Foreclosure

The Firm has a full service non-judicial foreclosure department that operates with state of the art technology and seasoned staff to consistently exceed timeline expectations. We process foreclosures on residential and commercial properties (including "unified sales"), and mobile homes. Because we perform all "trustee" services for California, Nevada, Arizona, Washington and Oregon foreclosures in-house, our attorneys work hand-in-hand with the foreclosure department staff, oversee the work, and efficiently carry out our clients' objectives. Having an in-house foreclosure department streamlines the handling of eviction, bankruptcy, and civil litigation actions.

Our Foreclosure Department also handles a variety of loss mitigation matters, including the preparation and recording of loan assumptions and modifications. We also offer lien release/reconveyance, assignment, deed in-lieu, "bid-at-sale" and senior lien monitoring services. In addition, because we have attorneys licensed in several Western States, we are able to prosecute judicial foreclosures, an effective remedy in certain cases. This has become particularly important in Nevada in light of recent legislative changes.

### – Eviction

Our Eviction Department works side-by-side with our Foreclosure, Litigation, and Bankruptcy Departments for the quick, efficient removal of holdover occupants from lender-owned properties. We have vast experience in both post-foreclosure evictions and commercial evictions. The Firm strives to resolve eviction cases promptly and without extended litigation. Often, we negotiate stipulated judgments and/or "cash for keys" agreements. Our litigators are skilled at obtaining money judgments concurrently with judgments for possession. In today's rapidly-evolving housing and job markets, these judgments are an effective method of recovery of funds for our clients. When holdover occupants file bankruptcy,

**Exhibit D-1**

bankruptcy filings on the eviction process. Further, we take prompt action to avoid having a court grant a stay or injunctive relief, which can significantly delay client goals.

### – Litigation

Our seasoned litigation team handles cases involving problem loans, title claims, and actions arising in connection with the purchase, leasing and sale of real estate, including foreclosure litigation.

We understand that clients prefer to resolve disputes as quickly and cost effectively as possible, and our lawyers are committed to doing just that. When a trial becomes unavoidable, our business litigators zealously advocate client interests drawing on significant experience before State, Federal, Bankruptcy, and Appellate Courts to obtain the best possible results. Our practice includes assisting clients in pre-lawsuit matters including developing internal operating procedures, risk avoidance, internal audits of business practices, and pre-litigation resolution of claims.

Our litigation team handles lender liability actions involving common law causes of action (e.g., quiet title, breach of contract, unfair business practices, and fraud, among others) and statutory causes of action (e.g., Fair Debt Collections Practices Act violations, RESPA, TILA, HOEPA, FCRA, etc.), the insurance coverage issues related thereto and other related types of controversies involving financial institutions.

Additionally, our litigators regularly handle business-to-business disputes, real estate litigation, general business litigation, fiduciary litigation, unfair competition litigation, defense of administrative actions, and construction-related litigation. We also handle collections matters, secured transactions, shareholder and partnership disputes, representation of foreclosure trustees, and receiverships. Further, our attorneys litigate mortgage fraud actions, commercial lease disputes, contract disputes, land use disputes, and homeowner's association litigation. Our clients range from small sole proprietorships and family-owned businesses to large and publicly traded companies and institutions.

### – Transactions

We serve public and private businesses of all sizes and in all industries. From small start-ups, for which we might handle the initial organizational matters, to large-scale firms for which we might negotiate, structure, and evaluate contracts involving complex legal issues, we handle the matters facing lien holders, property owners, and space users for retail and business transactions.

### – General Business Representation

Our attorneys have extensive experience in the most important issues facing your business. We can help your company maximize its competitive advantages and avoid legal problems through careful planning and the skillful drafting of contracts, leases, and other business and business real estate documents.

At Law Offices of Les Zieve, we have earned a reputation for excellence in general business representation. Our attorneys guide clients through the financial and modern challenges facing businesses – large and small. Our skilled lawyers assist with the gauntlet of issues modern businesses face such as employment agreements, separation agreements, entity formation and operating agreements, bylaws, audit compliance, and dissolutions. Additionally, we guide our clients through insurance coverage matters, real estate transactions, loan and financing agreements, enforcement of contractual rights, and the adjudication of liens.

We are hands-on business counselors that use our broad experience to deliver efficient and practical solutions for our clients as they seek to structure, negotiate, document, and close the deals that are critical to the success of their businesses. A number of our attorneys have a background working at large firms allowing us to provide the highest quality legal services, but without compromising client service and without having to charge large-firm fees.

From mergers and acquisitions to advice regarding corporate and limited liability company formation and