# LAW OFFICES OF LES ZIEVE

Go to page

## Our Clients

| | | |
|---|---|---|
| Alta One Federal Credit Union | Goodman Dean | QuickenLoans |
| AMS Servicing | Green Tree Servicing | Regions Bank |
| Aurora Bank, FSB | Kern Schools Federal Credit Union | Residential Credit Solutions |
| Anheuser-Busch Employees' Credit Union | Kondaur Capital Corporation | Rabobank America |
| Bayview Loan Servicing | Lender Business Process Services | Reverse Mortgage Solutions |
| Boyman, Inc. | LoanCare Servicing, a Division of FNF Servicing, Inc. | Security National Servicing Corporation |
| BSI Financial Services, Inc. | | ServiceLink, a Fidelity Lender Platform |
| California Housing Finance Agency | Logan Investments | Specialized Loan Servicing |
| Cenlar Bank, FSB | Midwest First Financial | Statebridge Company |
| City National Bank | Nationstar Mortgage | Seterus Inc. |
| Community Commerce Bank | Neighborhood Housing Services of America | The Argus Group |
| Fannie Mae | | Umpqua Bank |
| Flagstar Bank | Ocwen Loan Servicing | US Bank National Association |
| Franklin Credit Management | Penny Mac | US Default Management |
| | PNC Mortgage | |
| | PHH Mortgage | US Res |
| | Provident Bank | Wealthbridge Mortgage |
| | Peak Loan Servicing | Wingspan Portfolio Advisors |

Copyright 2011 - Zievelaw - All rights reserved

**Exhibit D-2**