

DOC # 2012-0732784

NOV 26, 2012    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
Ernest J. Dronenburg, Jr., COUNTY RECORDER
FEES:    22.00
DA: 1
PAGES: 2

5252

RECORDING REQUESTED BY
~~Western Progressive, LLC~~ CHS

AND WHEN RECORDED MAIL TO:
Western Progressive, LLC
2002 Summit Blvd, Suite 600
Atlanta, CA 30319

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No.: 2012-21891    Loan No.: 7100760797

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 4/17/2003. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor: CLIFFORD J. BOURGEOIS AND SUSAN L. BOURGEOIS, HUSBAND AND WIFE, AS JOINT TENANTS
Duly Appointed Trustee: Western Progressive, LLC
Recorded 4/30/2003 as Instrument No. 2003-0504618 in book ---, page --- and rerecorded on --- as --- of Official Records in the office of the Recorder of San Diego County, California,
Date of Sale: 12/10/2012 at 10:30 AM
Place of Sale:    At the main entrance to the East County Regional Center by statue, 250 Main street, El Cajon, CA
Amount of unpaid balance and other charges: $148,964.49
Street Address or other common designation of real property: 1280 SHARI WAY, EL CAJON, CALIFORNIA 92019
A.P.N.: 489-191-08-00
The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale. Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or authorized agent, declares as follows: The beneficiary or servicing agent declares that it has obtained from the Commissioner of Corporation a final or temporary order of exemption pursuant to California Civil Code Section 2923.53 that is current and valid on the date the Notice of Sale is filed and/or the timeframe for giving Notice of Sale Specified in subdivision (s) of California Civil Code Section 2923.52 applies and has been provided or the loan is exempt from the requirements.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender my hold more than one mortgage or deed of trust on this property.

Exhibit

5253

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (866)-960-8299 or visit this Internet Web site http://www.altisource.com/MortgageServices/DefaultManagement/TrusteeServices.aspx, using the file number assigned to this case 2012-21891. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale

Date: 11/3/2012

Western Progressive, LLC, as Trustee
c/o 18377 Beach Blvd., Suite 210
Huntington Beach, California 92648
Automated Sale Information Line: (866) 960-8299
http://www.altisource.com/MortgageServices/DefaultManagement/TrusteeServices.aspx
For Non-Automated Sale Information, call: (866) 240-3530

Laterrika Thompkins, Trustee Sale Assistant