| CM/ECF | Query | Reports | Utilities | Creditor | Logout | ? |

United States Bankruptcy Court
Southern District of California

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 12/06/2012 at 8:28 PM and filed on 12/06/2012.

Susan L. Bourgeois
1280 Shari Way
El Cajon, CA 92019
SSN / ITIN: xxx-xx-0209

The case was filed by the debtor's attorney:     The bankruptcy trustee is:

Shawn P.K. Huston                                David L. Skelton
Huston McCaffrey, LLP                            525 B St., Suite 1430
2171 Ulric Street, Ste #205                      San Diego, CA 92101-4507
San Diego, CA 92111                              619-338-4006
(619) 800-1166

The case was assigned case number 12-16096-LA13 to Judge Louise DeCarl Adler.

Meeting of Creditors & Notice of Appointment of Trustee David L. Skelton 341(a) meeting to be held on 01/18/2013 at 08:00 AM at 402 W. Broadway, Emerald Plaza Building, Suite 660 (B), Hearing Room B, San Diego, CA 92101 (Ch13),. Complaint to determine dischargeability of certain debts deadline: 03/19/2013. Proof of Claim due by 04/18/2013.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.casb.uscourts.gov or at the Clerk's Office, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101-6991.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Barry K. Lander
Clerk, U.S. Bankruptcy Court

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 10/30/2015 18:52:33 | |
| PACER Login: | Client Code: |
| Description: Notice of Filing | Search Criteria: 12-16096-LA13 |
| Billable Pages: 1 | Cost: 0.10 |

**Exhibit J**