

Exhibit P-1

▶ PERSONAL INFORMATION

▶ INQUIRIES

▼ ACCOUNTS

🏠 Real Estate Accounts

| Creditor Name | Balance | Balance Date | Monthly Payment | Term |
|---|---|---|---|---|
| ▼ OCWEN LOAN | $131,008 | 11/30/2014 | $1,755 | 360 |

Account Details   Payment Status   Creditor Contact                How to Dispute ⊕

| | Latest Report 01/05/2015 | Previous Report 12/16/2014 | Report Changes |
|---|---|---|---|
| Account Number | 710076**** | 710076**** | |
| Condition | Open | Open | |
| Responsibility | Joint | Joint | |
| Current Balance | $131,008 | $131,008 | |
| Original Balance | $150,000 | $150,000 | |
| Limit | $0 | $0 | |
| Monthly Payment | $1,755 | $1,755 | |
| Last Payment | 02/28/2012 | | ✦ |
| Status | 120 days late | 120 days late | |
| Term | 360 months | 360 months | |
| Loan Type | Conventional real estate mortgage | Conventional real estate mortgage | |
| Opened | 04/17/2003 | 04/17/2003 | |
| Reported | 11/30/2014 | 04/30/2014 | ✦ |
| Remarks | Dispute resolved; reported by grantor | Account information disputed by consumer, meets FCRA requirements | ✦ |