

File  Edit  View  History  Bookmarks  Tools  Help

Online Personal Credit Reports ...    ×    +

transunion.com

▶ PERSONAL INFORMATION

▶ INQUIRIES

▼ ACCOUNTS

🏠 Real Estate Accounts                                                    -                    ↓

| Account Name | Balance | Balance Date | Monthly Payment | Term |
|---|---|---|---|---|
| ▼ OCWEN LOAN | $131.008 | 06/15/2015 | $1.755 | 360 |

**Account Details**   Payment Status   Creditor Contact                           How to Dispute  ⊕

| Credit Reporting Agency | TransUnion | EQUIFAX | Experian |
|---|---|---|---|
| Credit Report Period | 06/15/2015 | 06/01/2015 | 06/17/2015 |
| Account Number | 710076**** | 710076**** | 710076**** |
| Condition | Derogatory | Derogatory | Derogatory |
| Responsibility | Joint | Joint | Joint |
| Current Balance | $131.008 | $131.008 | $131.008 |
| High Balance | $150.000 | $150.000 | $150.000 |
| Limit | $0 | $0 | $0 |
| Monthly Payment | $1.755 | $1.755 | $1.755 |
| Last Payment | 02/28/2012 | 12/01/2011 | 02/28/2012 |
| Status | 120 days late | 120 days late | 8F |
| Loan Term | 360 months | 0 months | 360 months |
| Loan Type | Conventional real estate mortgage | Collection | Conventional real estate mortgage |
| Opened | 04/17/2003 | 04/01/2003 | 04/01/2003 |
| Reported | 06/15/2015 | 12/01/2011 | 06/01/2015 |
| Remarks | Foreclosure initiated | Collection account\|Foreclosure process started | Foreclosure proceeding started.\|Foreclosure proceeding started. |