# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. BOURGEOIS,<br><br>          Plaintiff,<br>  v.<br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>          Defendants. | CASE NO. 15cv1655-GPC(BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Defendant The Law Offices of Les Zieve filed a motion to dismiss on November 18, 2015.  Accordingly, IT IS HEREBY ORDERED that any opposition shall be filed on or before **December 18, 2015.**  Any reply shall be filed on or before **January 6, 2016.**  A hearing is set on **January 22, 2016 at 1:30 p.m.** in Courtroom 2D.

IT IS SO ORDERED.

DATED: November 20, 2015

HON. GONZALO P. CURIEL
United States District Judge

- 1 -                                        [15cv1655-GPC(BLM)]