Philip Barilovits (SBN 199944)
pbarilovits@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:  415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendants
OCWEN LOAN SERVICING, LLC,
WESTERN PROGRESSIVE, LLC,
AHMAD ANSARI, AMIT MISHRA,
and TAMMY VERSLUIS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. BOURGEOIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　Defendants. | Case No. 3:15-cv-1655-GPC-BLM<br><br>(Honorable Gonzalo P. Curiel)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date:  January 22, 2016<br>Hearing Time:  1:30 p.m.<br>Courtroom:  2D<br><br>Complaint Filed:  7/24/15 |

# NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Please take notice that on January 22, 2016, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 2D, of the above entitled Court, located at 221 West Broadway, San Diego, California, 92101, defendants Ocwen Loan Servicing, LLC, Western Progressive, LLC, Ahmad Ansari, Amit Mishra, and Tammy Versluis will and hereby do move this Court to dismiss the First Amended Complaint of plaintiff Clifford J. Bourgeois ("plaintiff") in its entirety.

This motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. This motion is based upon this notice of motion and motion, the memorandum of points and authorities filed herewith, the pleadings and records filed herein, and upon such oral or documentary evidence as allowed by the Court to be considered at the hearing on this motion.

DATED: November 23, 2015                HINSHAW & CULBERTSON LLP

By: /s/ *Philip Barilovits*
Philip Barilovits
Attorneys for Defendants
OCWEN LOAN SERVICING, LLC,
WESTERN PROGRESSIVE, LLC,
AHMAD ANSARI, AMIT MISHRA,
and TAMMY VERSLUIS

# CERTIFICATE OF SERVICE

### *CLIFFORD J. BOURGEOIS v. OCWEN Loan Servicing, LLC, et al.*

### 3:15-cv-1655-GPC-BLM

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

On November 20, 2015, I served the document(s) entitled **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

| | |
|---|---|
| Clifford J. Bourgeois | *Plaintiff Pro Se* |
| 6460 Convoy Ct., Spc 220 | Telephone: (858) 229-6016 |
| San Diego, CA 92117 | Email: joebourg62@aol.com |

☒ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on November 20, 2015, at San Francisco, California.

_____
Juli A. Carter

1