# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Hon. Gonzalo P. Curiel

| FROM: T. Hernandez, Deputy Clerk | RECEIVED DATE: December 18, 2015 |
|---|---|
| CASE NO. 15cv1655-GPC-BLM | DOC FILED BY: Clifford Bourgeois |
| CASE TITLE: Bourgeois v. Ocwen Loan Servicing, LLC et al | |
| DOCUMENT ENTITLED: Plaintiff's Opposition to Defendant's Motion to Dismiss | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 - Missing table of contents and/or table of authorities;

Date Forwarded:   December 18, 2015

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: December 18, 2015

*Gonzalo Curiel* (signature)
Hon. Gonzalo P. Curiel
United States District Judge