Philip Barilovits (SBN 199944)
pbarilovits@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendants
OCWEN LOAN SERVICING, LLC
WESTERN PROGRESSIVE, LLC
AHMAD ANSARI
AMIT MISHRA
TAMMY VERSLUIS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. BOURGEOIS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>                    Defendants. | Case No. 15-CV-1655-GPC-BLM<br><br>(Honorable Gonzalo P. Curiel)<br><br>**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANT OCWEN LOAN SERVICING, LLC** |

Defendant OCWEN LOAN SERVICING, LLC ("Defendant") answers the First Amended Complaint of Plaintiff CLIFFORD BOURGEOIS ("Plaintiff"), as follows:

## INTRODUCTORY PARAGRAPHS

1. Regarding the allegations of paragraph 1, they are not directed at Defendant and therefore no response is required. To the extent a response is required, Defendant lacks sufficient information or belief and, on that basis, denies, generally and specifically, each and every allegation set forth in paragraph 1.

2. Regarding the allegations of paragraph 2, they are not directed at Defendant and therefore no response is required. To the extent a response is required, Defendant lacks sufficient information or belief and, on that basis, denies, generally and specifically, each and every allegation set forth in paragraph 2.

3. Regarding the allegations of paragraph 3, they are not directed at Defendant and therefore no response is required. To the extent a response is required, Defendant lacks sufficient information or belief and, on that basis, denies, generally and specifically, each and every allegation set forth in paragraph 3.

4. Regarding the allegations of paragraph 4, they are not directed at Defendant and therefore no response is required. To the extent a response is required, Defendant lacks sufficient information or belief and, on that basis, denies, generally and specifically, each and every allegation set forth in paragraph 4.

5. Regarding the allegations of paragraph 5, they are not directed at Defendant and therefore no response is required. To the extent a response is required, Defendant lacks sufficient information or belief and, on that basis, denies, generally and specifically, each and every allegation set forth in paragraph 5.

6. Regarding the allegations of paragraph 6, they are not directed at Defendant and therefore no response is required. To the extent a response is required, Defendant lacks sufficient information or belief and, on that basis, denies,

1

generally and specifically, each and every allegation set forth in paragraph 6.

7.     Regarding the allegations of paragraph 7, they are not directed at Defendant and therefore no response is required.  To the extent a response is required, Defendant lacks sufficient information or belief and, on that basis, denies, generally and specifically, each and every allegation set forth in paragraph 7.

8.     Regarding the allegations of paragraph 8, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 8.

9.     Regarding the allegations of paragraph 9, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 9.

## JURISDICTION AND VENUE

10.     Regarding the allegations of paragraph 10, Defendant admits that this Court has jurisdiction over the remaining allegations.

11.     Regarding the allegations of paragraph 11, Defendant denies that all conditions precedent for any claims remaining in this action have been satisfied.

2

12.     Regarding the allegations of paragraph 12, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 12.

13.     Regarding the allegations of paragraph 13, Defendant admits that venue is proper in this Court regarding the remaining allegations.

## PARTIES AND DEFINITIONS

14.     Regarding the allegations of paragraph 14, they are not directed at Defendant and therefore no response is required.  To the extent a response is required, Defendant lacks sufficient information or belief and, on that basis, denies, generally and specifically, each and every allegation set forth in paragraph 14.

15.     Regarding the allegations of paragraph 15, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 15. Defendant admits that Plaintiff is obligated to pay his debts.

16.     Regarding the allegations of paragraph 16, they are not directed at Defendant and therefore no response is required.  To the extent a response is

3

1   required, Defendant lacks sufficient information or belief and, on that basis, denies,

2   generally and specifically, each and every allegation set forth in paragraph 16.

3        17.    Regarding the allegations of paragraph 17, to the extent that these

4   allegations are not directed at Defendant, no response is required.  To the extent

5   these allegations refer to claims or allegations which have been dismissed by this

6   Court, no response is required.  To the extent these allegations refer to Defendant

7   and refer to claims not dismissed by this Court, or refer to allegations which

8   otherwise require a response, Defendant responds that it is currently investigating

9   this matter, that it currently lack sufficient information and belief, and on that basis,

10  denies generally and specifically, each and every such allegation in paragraph 17.

11  Defendant admits that Plaintiff is obligated to pay his debts.

12       18.    Regarding the allegations of paragraph 18, to the extent that these

13  allegations are not directed at Defendant, no response is required.  To the extent

14  these allegations refer to claims or allegations which have been dismissed by this

15  Court, no response is required.  To the extent these allegations refer to Defendant

16  and refer to claims not dismissed by this Court, or refer to allegations which

17  otherwise require a response, Defendant responds that it is currently investigating

18  this matter, that it currently lack sufficient information and belief, and on that basis,

19  denies generally and specifically, each and every such allegation in paragraph 18.

20       19.    Regarding the allegations of paragraph 19, to the extent that these

21  allegations are not directed at Defendant, no response is required.  To the extent

22  these allegations refer to claims or allegations which have been dismissed by this

23  Court, no response is required.  To the extent these allegations refer to Defendant

24  and refer to claims not dismissed by this Court, or refer to allegations which

25  otherwise require a response, Defendant responds that it is currently investigating

26  this matter, that it currently lack sufficient information and belief, and on that basis,

27  denies generally and specifically, each and every such allegation in paragraph 19.

28

4

1    Defendant admits that Plaintiff is obligated to pay his debts.

2        20.    Regarding the allegations of paragraph 20, Defendant admits that it is a

3    properly organized limited liability company.  Defendant admits that it is a wholly

4    owned subsidiary of Ocwen Mortgage Servicing, Inc., which itself is a wholly

5    owned subsidiary of Ocwen Financial Corporation.  Ocwen admits that it has offices

6    in West Palm Beach, Florida.  Ocwen admits that it is subject to federal and state

7    regulation.  The remaining allegations of this paragraph constitute legal conclusions

8    to which no response is required.

9        21.    Regarding the allegations of paragraph 21, Defendant admits that is

10   sometimes is involved with collection and remittance of payments from borrowers.

11   Defendant admits that it uses the instrumentalities of interstate commerce.  The

12   remaining allegations of this paragraph constitute legal conclusions to which no

13   response is required.

14       22.    Regarding the allegations of paragraph 22, Defendant admits that is

15   sometimes is involved with collection and remittance of payments from borrowers.

16   Defendant admits that it uses the instrumentalities of interstate commerce.  The

17   remaining allegations of this paragraph constitute legal conclusions to which no

18   response is required.

19       23.    Regarding the allegations of paragraph 23, Defendant admits that it is a

20   loan servicer.  To the extent the allegations of paragraph 23 constitute legal

21   conclusions, no response is required.  Defendant denies that it engaged in unlawful

22   acts against Plaintiff.  Defendant denies Plantiff's characterization of the remaining

23   allegations of this paragraph.

24       24.    Regarding the allegations of paragraph 24, Defendant admits that it

25   consumer rating organizations.  The remaining allegations of paragraph 24

26   constitute legal conclusions, no response is required.  Defendant denies that it

27   engaged in unlawful acts against Plaintiff.

28

25.    Regarding the allegations of paragraph 25, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 25.

26.    Regarding the allegations of paragraph 26, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 26.

27.    Regarding the allegations of paragraph 27, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 27.

28.    Regarding the allegations of paragraph 28, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this

Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 28.

29.     Regarding the allegations of paragraph 29, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 29.

30.     Regarding the allegations of paragraph 30, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 30.

31.     Regarding the allegations of paragraph 31, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  Defendant admits that it has been a client of the Les Zieve LawTo the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response,

7

1    Defendant responds that it is currently investigating this matter, that it currently lack

2    sufficient information and belief, and on that basis, denies generally and

3    specifically, each and every such allegation in paragraph 31.  that this Court has

4    personal jurisdiction.  Regarding the allegations directed at Wells Fargo Bank, N.A.

5    in paragraph 7, Defendant is a party to this litigation only as trustee and therefore no

6    response is required as Plaintiff did not properly allege facts relevant to Defendant

7    in its role as trustee.

8         32.    Regarding the allegations of paragraph 32, to the extent that these

9    allegations are not directed at Defendant, no response is required.  To the extent

10   these allegations refer to claims or allegations which have been dismissed by this

11   Court, no response is required.  To the extent these allegations refer to Defendant

12   and refer to claims not dismissed by this Court, or refer to allegations which

13   otherwise require a response, Defendant responds that it is currently investigating

14   this matter, that it currently lack sufficient information and belief, and on that basis,

15   denies generally and specifically, each and every such allegation in paragraph 32.

16        33.    Regarding the allegations of paragraph 33, to the extent that these

17   allegations are not directed at Defendant, no response is required.  To the extent

18   these allegations refer to claims or allegations which have been dismissed by this

19   Court, no response is required.  To the extent these allegations refer to Defendant

20   and refer to claims not dismissed by this Court, or refer to allegations which

21   otherwise require a response, Defendant responds that it is currently investigating

22   this matter, that it currently lack sufficient information and belief, and on that basis,

23   denies generally and specifically, each and every such allegation in paragraph 33.

**BACKGROUND**

25        34.    Regarding the allegations of paragraph 35, to the extent that these

26   allegations are not directed at Defendant, no response is required.  To the extent

27   these allegations refer to claims or allegations which have been dismissed by this

28                                                    8

Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 34 Regarding the allegations of paragraph 32, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 35

35.     Regarding the allegations of paragraph 36, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 36.

36.     Regarding the allegations of paragraph 36, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating

9

this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 36.

37.     Regarding the allegations of paragraph 37, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 37.

38.     Regarding the allegations of paragraph 38, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 38.

39.     Regarding the allegations of paragraph 39, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 39 Regarding the allegations of paragraph 40, to the extent that these allegations are not

10

directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 40.

40.     Regarding the allegations of paragraph 40, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 40.

41.     Regarding the allegations of paragraph 41, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 41.

42.     Regarding the allegations of paragraph 42, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant

11

1   and refer to claims not dismissed by this Court, or refer to allegations which

2   otherwise require a response, Defendant responds that it is currently investigating

3   this matter, that it currently lack sufficient information and belief, and on that basis,

4   denies generally and specifically, each and every such allegation in paragraph 42.

5        43.    Regarding the allegations of paragraph 43, to the extent that these

6   allegations are not directed at Defendant, no response is required.  To the extent

7   these allegations refer to claims or allegations which have been dismissed by this

8   Court, no response is required.  To the extent these allegations refer to Defendant

9   and refer to claims not dismissed by this Court, or refer to allegations which

10  otherwise require a response, Defendant responds that it is currently investigating

11  this matter, that it currently lack sufficient information and belief, and on that basis,

12  denies generally and specifically, each and every such allegation in paragraph 43.

13       44.    Regarding the allegations of paragraph 44, to the extent that these

14  allegations are not directed at Defendant, no response is required.  To the extent

15  these allegations refer to claims or allegations which have been dismissed by this

16  Court, no response is required.  To the extent these allegations refer to Defendant

17  and refer to claims not dismissed by this Court, or refer to allegations which

18  otherwise require a response, Defendant responds that it is currently investigating

19  this matter, that it currently lack sufficient information and belief, and on that basis,

20  denies generally and specifically, each and every such allegation in paragraph 44.

21       45.    Regarding the allegations of paragraph 45, to the extent that these

22  allegations are not directed at Defendant, no response is required.  To the extent

23  these allegations refer to claims or allegations which have been dismissed by this

24  Court, no response is required.  To the extent these allegations refer to Defendant

25  and refer to claims not dismissed by this Court, or refer to allegations which

26  otherwise require a response, Defendant responds that it is currently investigating

27  this matter, that it currently lack sufficient information and belief, and on that basis,

28

12

denies generally and specifically, each and every such allegation in paragraph 45.

46.     Regarding the allegations of paragraph 46, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 46.

47.     Regarding the allegations of paragraph 47, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 47.

48.     Regarding the allegations of paragraph 48, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 48.

49.     Regarding the allegations of paragraph 49, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent

13

these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 49.

50.     Regarding the allegations of paragraph 50, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 50.

51.     Regarding the allegations of paragraph 51, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 51.

52.     Regarding the allegations of paragraph 52, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which

14

otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 52.

53.    Regarding the allegations of paragraph 53, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 53.

## FACTUAL ALLEGATIONS

54.    Regarding the allegations of paragraph 54, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 54. Defendant denies that it violated any statute or law.

55.    Regarding the allegations of paragraph 55, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating

15

this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 55. Defendant denies that it violated any statute or law.

56.    Regarding the allegations of paragraph 56, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 56. Defendant denies that it violated any statute or law.

57.    Regarding the allegations of paragraph 57, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 57. Defendant denies that it violated any statute or law.

58.    Regarding the allegations of paragraph 58, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating

16

1  this matter, that it currently lack sufficient information and belief, and on that basis,

2  denies generally and specifically, each and every such allegation in paragraph 58.

3  Defendant denies that it violated any statute or law.

4      59.    Regarding the allegations of paragraph 59, to the extent that these

5  allegations are not directed at Defendant, no response is required.  To the extent

6  these allegations refer to claims or allegations which have been dismissed by this

7  Court, no response is required.  To the extent these allegations refer to Defendant

8  and refer to claims not dismissed by this Court, or refer to allegations which

9  otherwise require a response, Defendant responds that it is currently investigating

10  this matter, that it currently lack sufficient information and belief, and on that basis,

11  denies generally and specifically, each and every such allegation in paragraph 59.

12  Defendant denies that it violated any statute or law.

13      60.    Regarding the allegations of paragraph 60, to the extent that these

14  allegations are not directed at Defendant, no response is required.  To the extent

15  these allegations refer to claims or allegations which have been dismissed by this

16  Court, no response is required.  To the extent these allegations refer to Defendant

17  and refer to claims not dismissed by this Court, or refer to allegations which

18  otherwise require a response, Defendant responds that it is currently investigating

19  this matter, that it currently lack sufficient information and belief, and on that basis,

20  denies generally and specifically, each and every such allegation in paragraph 60.

21  Defendant denies that it violated any statute or law.

22      61.    Regarding the allegations of paragraph 61, to the extent that these

23  allegations are not directed at Defendant, no response is required.  To the extent

24  these allegations refer to claims or allegations which have been dismissed by this

25  Court, no response is required.  To the extent these allegations refer to Defendant

26  and refer to claims not dismissed by this Court, or refer to allegations which

27  otherwise require a response, Defendant responds that it is currently investigating

28

17

1   this matter, that it currently lack sufficient information and belief, and on that basis,

2   denies generally and specifically, each and every such allegation in paragraph 61.

3   Defendant denies that it violated any statute or law.

4       62.    Regarding the allegations of paragraph 62, to the extent that these

5   allegations are not directed at Defendant, no response is required.  To the extent

6   these allegations refer to claims or allegations which have been dismissed by this

7   Court, no response is required.  To the extent these allegations refer to Defendant

8   and refer to claims not dismissed by this Court, or refer to allegations which

9   otherwise require a response, Defendant responds that it is currently investigating

10  this matter, that it currently lack sufficient information and belief, and on that basis,

11  denies generally and specifically, each and every such allegation in paragraph 62.

12  Defendant denies that it violated any statute or law.

13      63.    Regarding the allegations of paragraph 63, to the extent that these

14  allegations are not directed at Defendant, no response is required.  To the extent

15  these allegations refer to claims or allegations which have been dismissed by this

16  Court, no response is required.  To the extent these allegations refer to Defendant

17  and refer to claims not dismissed by this Court, or refer to allegations which

18  otherwise require a response, Defendant responds that it is currently investigating

19  this matter, that it currently lack sufficient information and belief, and on that basis,

20  denies generally and specifically, each and every such allegation in paragraph 63.

21  Defendant denies that it violated any statute or law.

22      64.    Regarding the allegations of paragraph 64, to the extent that these

23  allegations are not directed at Defendant, no response is required.  To the extent

24  these allegations refer to claims or allegations which have been dismissed by this

25  Court, no response is required.  To the extent these allegations refer to Defendant

26  and refer to claims not dismissed by this Court, or refer to allegations which

27  otherwise require a response, Defendant responds that it is currently investigating

28

18

this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 64. Defendant denies that it violated any statute or law.

65.     Regarding the allegations of paragraph 65, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 65. Defendant denies that it violated any statute or law.

66.     Regarding the allegations of paragraph 66, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 66. Defendant denies that it violated any statute or law.

67.     Regarding the allegations of paragraph 65, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating

19

this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 65. Defendant denies that it violated any statute or law.

68.    Regarding the allegations of paragraph 68, to the extent that these allegations are not directed at Defendant, no response is required. To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required. To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 68. Defendant denies that it violated any statute or law.

69.    Regarding the allegations of paragraph 69, to the extent that these allegations are not directed at Defendant, no response is required. To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required. To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 69. Defendant denies that it violated any statute or law.

70.    Regarding the allegations of paragraph 70, to the extent that these allegations are not directed at Defendant, no response is required. To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required. To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating

20

1   this matter, that it currently lack sufficient information and belief, and on that basis,

2   denies generally and specifically, each and every such allegation in paragraph 70.

3   Defendant denies that it violated any statute or law.

4         71.    Regarding the allegations of paragraph 71, to the extent that these

5   allegations are not directed at Defendant, no response is required.  To the extent

6   these allegations refer to claims or allegations which have been dismissed by this

7   Court, no response is required.  To the extent these allegations refer to Defendant

8   and refer to claims not dismissed by this Court, or refer to allegations which

9   otherwise require a response, Defendant responds that it is currently investigating

10   this matter, that it currently lack sufficient information and belief, and on that basis,

11   denies generally and specifically, each and every such allegation in paragraph 71.

12   Defendant denies that it violated any statute or law.

13         72.    Regarding the allegations of paragraph 72, to the extent that these

14   allegations are not directed at Defendant, no response is required.  To the extent

15   these allegations refer to claims or allegations which have been dismissed by this

16   Court, no response is required.  To the extent these allegations refer to Defendant

17   and refer to claims not dismissed by this Court, or refer to allegations which

18   otherwise require a response, Defendant responds that it is currently investigating

19   this matter, that it currently lack sufficient information and belief, and on that basis,

20   denies generally and specifically, each and every such allegation in paragraph 72.

21   Defendant denies that it violated any statute or law.

22         73.    Regarding the allegations of paragraph 73, to the extent that these

23   allegations are not directed at Defendant, no response is required.  To the extent

24   these allegations refer to claims or allegations which have been dismissed by this

25   Court, no response is required.  To the extent these allegations refer to Defendant

26   and refer to claims not dismissed by this Court, or refer to allegations which

27   otherwise require a response, Defendant responds that it is currently investigating

28

21

this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 73. Defendant denies that it violated any statute or law or caused plaintiff any harm or caused plaintiff to incur damages.

## COUNT I

### (FDCPA)

74.     Regarding the allegations of paragraph 74, Defendant incorporates it responses to the allegations of the preceding paragraphs and incorporates them here by reference.

75.     Regarding the allegations of paragraph 75, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 75. Defendant denies that it violated any statute or law or caused Plaintiff any harm or caused Plaintiff to incur damages.  Defendant denies that Plaintiff is entitled to any remedies in any prayer.

## COUNT II

### (Rosenthal Act)

76.     Regarding the allegations of paragraph 76, Defendant incorporates it responses to the allegations of the preceding paragraphs and incorporates them here by reference.

77.     Regarding the allegations of paragraph 77, to the extent that these allegations are not directed at Defendant, no response is required.  To the extent

these allegations refer to claims or allegations which have been dismissed by this Court, no response is required.  To the extent these allegations refer to Defendant and refer to claims not dismissed by this Court, or refer to allegations which otherwise require a response, Defendant responds that it is currently investigating this matter, that it currently lack sufficient information and belief, and on that basis, denies generally and specifically, each and every such allegation in paragraph 77.  Defendant denies that it violated any statute or law or caused Plaintiff any harm or caused plaintiff to incur damages.  Defendant denies that Plaintiff is entitled to any remedies in any prayer.

**COUNT III**

**(Fair Credit Reporting Act)**

78.     Regarding the allegations of paragraph 78, Defendant incorporates it responses to the allegations of the preceding paragraphs and incorporates them here by reference.  In addition, this claim has been dismissed with prejudice, no response is required.

79.     Regarding the allegations of paragraph 79, this claim has been dismissed with prejudice, no response is required.

**PLAINTIFF'S DEMAND FOR JURY TRIAL AND PRAYERS FOR DAMAGES**

Regarding Plaintiff's demand for jury trial and prayers for damages in the First Amended Complaint, Defendant denies that Plaintiff is entitled to a jury on all of his theories of action.  Defendant also denies that judgment should be entered in favor of Plaintiff and against Defendant.  Defendant also denies that Plaintiff is entitled to any injunctive relief, denies that Plaintiff is entitled to damages and disgorgement, denies that Plaintiff is entitled to compensatory and statutory damages, attorney fees, treble damages, and costs, denies that Plaintiff is entitled to

exemplary or punitive damages in any amount and denies that any further relief should be granted Plaintiff by reason of this action.  Defendant also denies that Plaintiff is entitled to any rescission or any other kind of relief.  Defendant also denies that any such relief can be obtained by the heading to this part of their pleading, if the heading could be construed as alleging the availability of any such relief.

**AFFIRMATIVE DEFENSES**

By way of affirmative defenses to the claims and allegations made by Plaintiff in the First Amended Complaint, Defendant asserts the following:

FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

The First Amended Complaint, and each and every cause of action therein, fails to state facts sufficient to constitute a cause of action against Defendant.

SECOND AFFIRMATIVE DEFENSE

(Failure to Mitigate)

The First Amended Complaint is barred in whole or part because of Plaintiff's failure to mitigate their damages.

THIRD AFFIRMATIVE DEFENSE

(Waiver)

Plaintiff has waived his right to seek the relief due to his own acts and/or omissions with reference to the subject matter of the First Amended Complaint.

FOURTH AFFIRMATIVE DEFENSE

(Estoppel)

Plaintiff, by reason of his knowledge, statements, conduct, approval, authorization and/or ratification, is estopped from recovery herein.

1

## FIFTH AFFIRMATIVE DEFENSE

2

### (Laches)

3

Plaintiff's claims are barred in whole or in part by the doctrine of laches.

4

## SIXTH AFFIRMATIVE DEFENSE

5

### (Comparative Fault)

6

Plaintiff is at fault with respect to the matters alleged in the First Amended

7

Complaint, and his recovery, if any, should be barred or reduced in proportion to his

8

comparative fault.

9

## SEVENTH AFFIRMATIVE DEFENSE

10

### (Responsibility to Third Parties)

11

Any injury or damage to Plaintiff, which Defendant denies and states only for

12

purposes of its defense, was a result of the intentional, negligent or otherwise

13

wrongful acts of third parties, and any claims against Defendant shall be reduced in

14

proportion to the faults of the third parties.

15

## EIGHTH AFFIRMATIVE DEFENSE

16

### (Unclean Hands)

17

Each of the purported causes of action set forth in the First Amended

18

Complaint is barred by the equitable doctrine of unclean hands.

19

## NINTH AFFIRMATIVE DEFENSE

20

### (Compliance with Governing Law)

21

Defendant's compliance with the statutes, rules, and regulations that govern

22

the subject matter of their lawsuit precludes its liability to Plaintiff.

23

## TENTH AFFIRMATIVE DEFENSE

24

### (Consent)

25

Defendant alleges that Plaintiff at all times gave his consent, express or

26

implied, to the acts, omissions and conduct alleged in the First Amended Complaint.

27

28

ELEVENTH AFFIRMATIVE DEFENSE

(Damages Caused by Plaintiff's Negligence)

Plaintiff failed to exercise ordinary and reasonable care on his own behalf, and Plaintiff's negligence and carelessness was the proximate cause of some portion, up to and including the whole thereof, of Plaintiff's alleged injuries and damages, if any.

TWELFTH AFFIRMATIVE DEFENSE

(Unjust Enrichment)

Defendant asserts that allowing Plaintiff to keep any monies he was loaned while recovering monetary damages would constitute unjust enrichment.

THIRTEENTH AFFIRMATIVE DEFENSE

(No Causation)

Defendant's actions were not a substantial factor in causing Plaintiffs' harm.

FOURTEENTH AFFIRMATIVE DEFENSE

(No Material Violation)

No defendant has materially violated any provision of the Fair Debt Collection Practices Act.

FIFTEENTH AFFIRMATIVE DEFENSE

(Performance of Duties)

The First Amended Complaint and each purported cause of action alleged therein, is barred because Defendant fully performed any and all contractual, statutory, and/or other duties it arguably owed to Plaintiff under applicable law.

SIXTEENTH AFFIRMATIVE DEFENSE

(Commercial Reasonableness)

Defendant acted in a commercially reasonable manner and was acting in accordance with reasonable standards applicable to Defendant.

1   SEVENTEENTH AFFIRMATIVE DEFENSE

2   (Balance of Equities)

3   Plaintiff's causes of action are barred in whole or in part because the equities

4   in his case weigh against the relief Plaintiff seeks.

5   TWENTY FIRST AFFIRMATIVE DEFENSE

6   (Punitive Damages)

7   Plaintiff fails to allege facts which would give rise to punitive damages.

8   TWENTY SECOND AFFIRMATIVE DEFENSE

9   (Statutory Damages)

10   Plaintiff fails to allege facts which would give rise to statutory damages.

11   TWENTY THIRD AFFIRMATIVE DEFENSE

12   (Attorney Fees)

13   Plaintiff fails to allege facts which would give rise to attorney fees.

14   TWENTY FOURTH AFFIRMATIVE DEFENSE

15   (Costs of Suit)

16   Plaintiff fails to allege facts which would give rise to costs of suit.

17

18   TWENTY FIFTH AFFIRMATIVE DEFENSE

19   (Unknown Affirmative Defense)

20   Defendant presently has insufficient knowledge and information on which to

21   form a belief as to whether it has additional affirmative defenses at their time, and

22   Defendant reserves the right to assert additional affirmative defenses in the event

23   discovery indicates such defenses would be appropriate.

24   **PRAYER**

25   WHEREFORE, Defendant prays for judgment as follows:

26   1.    That Plaintiff takes nothing by way of the Second Amended Complaint;

27   2.    For recovery of Defendant's costs of suit herein; and

28

27

3.      For such other and further relief as their Court finds just and proper.

DATED:  March 30, 2016_____          HINSHAW & CULBERTSON LLP

                                     By: */s/ Philip Barilovits*_____
                                         Philip Barilovits
                                         Attorneys for Defendants
                                         OCWEN LOAN SERVICING, LLC
                                         WESTERN PROGRESSIVE, LLC
                                         AHMAD ANSARI
                                         AMIT MISHRA
                                         TAMMY VERSLUIS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28