UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. BOURGEOIS,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>Defendants. | Case No.: 15cv1655-GPC (BLM)<br><br>**ORDER:**<br><br>**(1) GRANTING *EX PARTE* MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE [ECF No. 31]**<br><br>**AND**<br><br>**(2) CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |

On May 6, 2016, Defendant Ocwen Loan Servicing, LLC ("Ocwen") filed an *ex parte* motion to continue the Early Neutral Evaluation Conference ("ENE") currently scheduled for May 12, 2016 at 1:30 p.m.  ECF No. 31; see also ECF No. 30 at 1.  In support, Ocwen's counsel asserts that he has a hearing in an unrelated case scheduled for May 12, 2016 in the Alameda County Superior Court, and that Ocwen's representative scheduled to appear at the ENE "is available on May 13 but would have difficulties if the ENE conference remains on May 12."  ECF

1

No. 31-1, Declaration of Philip Barilovits at 2.  Ocwen thus asks the Court to continue the scheduled ENE by one day until May 13, 2016, and asserts that Plaintiff does not oppose the *ex parte* motion.  Id.; ECF No. 31 at 2.

In light of Ocwen's counsel's and representative's unavailability on the date of the scheduled ENE, the Court **GRANTS** the *ex parte* motion to continue the ENE.  However, the Court's calendar is full on the requested date and cannot accommodate an in person ENE so the Court **CONVERTS** the ENE currently scheduled for May 12, 2016 at 1:30 p.m. to a telephonic ENE on **May 13, 2016** at **9:30 a.m.**  Plaintiff and defense counsel must participate in the telephonic conference, during which the Court will discuss both settlement and case management issues.  The Court will initiate the conference call.  All other guidelines and requirements pertaining to the previously scheduled ENE and Case Management Conference, remain in effect.  See ECF No. 30.

**IT IS SO ORDERED**.

Dated: 5/9/2016

Hon. Barbara L. Major
United States Magistrate Judge